# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **BING BAO CHEN,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action Number |
| ) | **4:17-cv-994-AKK-TMP** |
| ) | |
| **JEFF SESSIONS, ET AL.,** ) | |
| ) | |
| Defendants, ) | |

## MEMORANDUM OPINION

On August 9, 2017, the magistrate judge filed his Report and Recommendation, recommending that this petition for habeas corpus relief filed pursuant to 28 U.S.C. § 2241 be denied and dismissed as moot. (Doc. 7). No objections have been filed. The copy of the Report and Recommendation sent to the petitioner was returned as undeliverable. (Doc. 8). Having now carefully reviewed and considered de novo all the materials in the court file, including the Report and Recommendation, the Court is of the opinion that the report is due to be and hereby is **ADOPTED**, and the recommendation is **ACCEPTED**. Consequently, the petition for writ of habeas corpus is due to be **DENIED AND DISMISSED as MOOT**. A separate final judgment will be entered.

**DONE** the 25th day of August, 2017.

                                              **ABDUL K. KALLON**
                                        UNITED STATES DISTRICT JUDGE